468 F.2d 620
 George V. CHRISTMAN et al., Co-partners doing business under
the name and style of Christman & Company,
Plaintiff-Appellee,
v.
MARISTELLA COMPANIA NAVIERA, Defendant, Third-Party
Plaintiff-Appellant,
v.
BOYD, WEIR & SEWELL, INC., Third-Party Defendant-Appellee.
 No. 86, Docket 72-1376.
 United States Court of Appeals,
Second Circuit.
 Argued Oct. 16, 1972.
Decided Oct. 16, 1972.
 
 Nicholas J. Healy, Jr., New York City (Healy & Baillie, William F. Losquadro, New York City, of counsel), for defendant, third-party plaintiff-appellant.
 Edward L. Smith, New York City (Kirlin, Campbell & Keating, New York City, of counsel), for plaintiff-appellee.
 R. Glenn Bauer, New York City (Haight, Gardner, Poor & Havens, New York City, of counsel), for third-party defendant-appellee.
 Before MANSFIELD, OAKES and TIMBERS, Circuit Judges.
 PER CURIAM:
 
 
 1
 We affirm the judgment of the district court upon the carefully considered opinion of Judge Brieant, reported at 349 F.Supp. 845 (S.D.N.Y.1971).